THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL ROBINSON, Appellant. [934 NYS2d 833]—

Since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis now to complain that the sentence was excessive (*see People v Bunn*, 79 AD3d 1143 [2010]; *People v Kazepis*, 101 AD2d 816 [1984]). Rivera, J.P., Eng, Leventhal and Miller, JJ., concur.